JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MADDEN, | CV 10-5527 PA (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES, | |
| Defendant. | |

Pursuant to the Court's April 18, 2011 Minute Order granting the Motion for More Definite Statement of defendant United States (the "Government") and the Court's May 20, 2011 order dismissing this action with prejudice for plaintiff Marcia Madden's ("Plaintiff") failure to file a Third Amended Complaint by the deadline set by the Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the Government shall have its costs of suit.

IT IS SO ORDERED.

DATED: May 20, 2011 _____
Percy Anderson
UNITED STATES DISTRICT JUDGE